IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
for the use and benefit of EL DORADO
GLASS & MIRROR CO.                                                                                      PLAINTIFF

v.                                      Case No. 1:20-cv-1008

BES DESIGN/BUILD, LLC and
AEGIS SECURITY INSURANCE COMPANY                                            DEFENDANTS

## ORDER

Before the Court is Separate Defendant BES Design/Build, LLC's ("BES") Motion to Compel Arbitration and Stay. (ECF No. 9). Plaintiff United States of America, for the use and benefit of El Dorado Glass & Mirror Co., has responded. (ECF No. 10). The Court finds the matter ripe for consideration.

On March 17, 2020, Plaintiff brought this action for various causes of action arising out of a subcontract between it and BES, a prime contractor on a construction project for the United States Department of Veterans Affairs. On April 13, 2020, BES filed the instant motion. BES asserts that Plaintiff's claims against it in this case are subject to a valid arbitration agreement. Accordingly, BES asks the Court to compel Plaintiff's claims against BES to binding arbitration before the American Arbitration Association and stay Plaintiff's claims against Separate Defendant AEGIS Security Insurance Company ("AEGIS") pending the resolution of the arbitration. On April 24, 2020, Plaintiff filed a response indicating that it agrees with BES's assessment and does not oppose the motion.

Upon consideration, the Court finds that good cause exists for the motion. Accordingly, BES's motion to compel arbitration (ECF No. 9) is hereby **GRANTED**. Plaintiff's claims in this

matter against BES are hereby referred to arbitration in accordance with the parties' agreement. This case is hereby **STAYED** and **ADMINISTRATIVELY TERMINATED** pursuant to 9 U.S.C. § 3, without prejudice to the parties' right to move to reopen the proceedings to enforce the arbitrator's decision and, if necessary, to allow Plaintiff to proceed on its claims against AEGIS.

    **IT IS SO ORDERED**, this 27th day of April, 2020.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            Chief United States District Judge