IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
for the use and benefit of
EL DORADO GLASS & MILLER CO.                                              PLAINTIFF

v.                          Case No. 1:20-cv-01008

BES DESIGN/BUILD, LLC and
AEGIS SECURITY INSURANCE
COMPANY                                                                   DEFENDANTS

## ORDER

Before the Court is an Agreed Motion to Lift Stay filed by Defendant Aegis Security Insurance Company and Plaintiff El Dorado Glass & Mirror Co. (ECF No. 16). On April 13, 2020, Defendant BES Design/Build, LLC filed a Motion to Compel Arbitration and Stay. (ECF No. 9). On April 27, 2020, the Court granted the motion. (ECF No. 15). The parties now inform the Court that they have resolved the dispute and request that the stay be lifted so that dismissal documents can be filed. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. The Clerk is directed to reopen the case.

**IT IS SO ORDERED**, this 18th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge